CHARLOTTE BRODY *v.* WILLIAM WILLIAMS ET AL.

The motion by the defendants for review of the action of the Circuit Court in the fourteenth circuit dismissing their appeal and terminating a stay of execution for their failure to post an appellate bond is denied in the absence of a finding. See Practice Book § 694.

*Sydney T. Schulman,* in support of the motion.

Submitted October 21—decided October 27, 1971

LOUIS D. BROWNING, JR., ET AL. *v.* JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN), ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is granted.

*William B. Rush,* for the appellees (plaintiffs).

*Marshall S. Feingold,* for the appellants (defendants).

Argued November 2—decided November 2, 1971

JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* ST. JOSEPH HOSPITAL ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.